UNITED STATES of America, Plaintiff–Appellee,

v.

Carlos HERNANDEZ–HERNANDEZ, also known as Jose Armando Sanchez-Pineda, also known as Mario Soto Perez, also known as Eliazar

**378**

Soto–Velasquez, also known as Elizar Soto–Velasquez, also known as Alejandro Hernandez–Torres, also known as Edgar Vasquez–Flores, also known as Alejandro Vasquez–Torres, Defendant–Appellant.

No. 05–20665
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

July 13, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Michael L. Herman, Houston, TX, for Defendant–Appellant.

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Carlos Hernandez–Hernandez raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is

GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

